**Salvatore DITIRRO v. John R. NORTHRUP, Immigration Inspector at Cleveland, Ohio.**

No. 6579.

Circuit Court of Appeals, Sixth Circuit.

Dec. 14, 1933.

Henry Lavine, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**Isidore B. DOCKWEILER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 7311.

Circuit Court of Appeals, Ninth Circuit.

March 23, 1934.

Frank P. Jenal, of Los Angeles, Cal., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key, Lucius A. Buck, and S. Dee Hanson, Sp. Assts. to Atty. Gen., for respondent.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon consideration of the record and briefs filed in above cause, and after oral argument on behalf of the respective parties, ordered order of Board of Tax Appeals affirmed.

**Virgil E. DUEMLER and George R. Koeln, Appellants, v. Ira E. McCABE, Appellee.**

No. 3167.

Court of Customs and Patent Appeals.

March 19, 1934.

For former opinion, see 67 F.(2d) 911.

PER CURIAM.

A petition for rehearing has been filed herein in which it is alleged that certain misstatements of fact were made in our opinion filed December 30, 1933. While it appears, on re-examination of the matter, that certain inaccuracies of expression occur therein, these do not in any way affect the merits, or the correctness of the conclusion originally reached by us. The petition for rehearing is therefore denied.

**Mary Virginia DUNKLEE, Appellant, v. The CUNARD STEAMSHIP COMPANY, Ltd., Appellee.**

No. 328.

Circuit Court of Appeals, Second Circuit.

March 5, 1934.

Fitzgerald, Foote & Fitzgerald, of New Haven, Conn., and George W. R. Hughes and Hill & Rivkins, all of New York City (Gregory S. Rivkins, of New York City, David E. Fitzgerald, Jr., of New Haven, Conn., and Barton P. Ferris, of New York City, of counsel), for appellant.

Lord, Day & Lord, of New York City (Thaddeus G. Cowell and Woodson D. Scott, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.